UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADRIEL ANTHONY PERRY, and EUNBIN CHOI,<br><br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES, UR MENDOZA JADDOU, and TERRI ROBINSON,<br><br>　　　　　　　　Defendants. | NO: 1:23-CV-3018-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal. ECF No. 13. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs explain that this lawsuit is moot now that Defendants have finally adjudicated Plaintiffs' applications.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 22, 2023.



THOMAS O. RICE
United States District Judge